**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WILLIAM D. HALL,**

        **Plaintiff,**

**-vs-**          **Case No. 6:07-cv-899-Orl-31KRS**

**MICHAEL J. ASTRUE, COMMISSIONER**
**OF SOCIAL SECURITY,**

        **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration after oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S UNCONTESTED MOTION TO DISMISS (Doc. No. 17)**
>
> **FILED:** **November 26, 2007**
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

A hearing was held on Plaintiff William Hall's motion to dismiss on December 3, 2007. At the hearing, Hall's counsel indicated that Hall had been given notice of the motion and consented to the dismissal of the action. Defendant Commissioner of Social Security has no objection to the motion.

Therefore, I respectfully recommend that the Court **GRANT** Hall's motion and **DISMISS** the case with prejudice. I also recommend that the Court direct the Clerk to close the file after an order of dismissal is entered.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on December 5, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy