**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WILLIAM D. HALL,**

      **Plaintiff,**

**-vs-**                                               **Case No. 6:07-cv-899-Orl-31KRS**

**MICHAEL J. ASTRUE, COMMISSIONER**
**OF SOCIAL SECURITY,**

      **Defendant.**

_____

## ORDER

This cause comes before the Court on Plaintiff's Unopposed Motion to Dismiss (Doc. No. 17) filed November 26, 2007.

On December 5, 2007, the United States Magistrate Judge issued a report (Doc. No. 20) recommending that the motion be granted. The Commissioner of Social Security has no objection to the Motion. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. That the Plaintiff's Unopposed Motion to Dismiss is GRANTED. This case is DISMISSED, with prejudice.

3. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 2nd day of January, 2008.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE